UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>$12,245.00 U.S. CURRENCY,<br>*Defendant.* | Case No. 1:22-cv-788 (MSN/WEF) |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick on June 1, 2023 (Dkt. No. 14) ("Recommendation").[1] Having reviewed the record and Judge Fitzpatrick's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 10) is **GRANTED**; it is further

**ORDERED** that the Defendant Currency shall be forfeited to the United States of America to 18 U.S.C. § 881(a)(6), and all right, title, and interest of the former owner is now vested in the United States of America.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
August 1, 2023

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objections to Judge Fitzpatrick's Recommendation was June 15, 2023. Because no such objections have been filed, the Court adopts Judge Fitzpatrick's analysis without reservation.

1